# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES DE JESUS HERNANDEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FIGUEROA, Warden,<br><br>　　　　　　Respondent. | Case No. CV 11-7171-ODW (JEM)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:　May 7, 2013

　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE